JEREMY M. DELICINO – 9331
*Attorney at Law*
10 West Broadway, Suite 650
Salt Lake City, UT 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014
Jeremy@jeremydelicino.com

*Attorney for Walter Raymundo-Lima*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALTER ERNESTO RAYMUNDO-LIMA,<br><br>Defendant. | 2:13-cr-00409-JAD-GWF<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Robert A. Bork, Assistant United States Attorney, counsel for Plaintiff, and Jeremy M. Delicino, counsel for Walter Ernesto Raymundo-Lima, that the sentencing hearing currently scheduled for June 29, 2015, be vacated and set on July 7, 2015.

This Stipulation is entered into for the following reasons:

1. Counsel for the Defendant filed a second Motion to Dismiss on May 21, 2015.

2. Counsel believes that the requested continuance of the sentencing hearing date is necessary to allow the government time to respond to the motion to dismiss.

3. Counsel has a conflict on his schedule on June 29, 2015.

4. The continuance requested is necessary to allow this Court to rule on the above-mentioned motion.

5. The Defendant is in custody, but does not object to the continuance.

6. Likewise, the United States agrees to the continuance.

7. The additional time requested herein is not sought for purpose of delay, but merely to allow for sufficient time to prepare for sentencing.

8. Additionally, denial of this request for continuance could result in a miscarriage of justice as the defendant is entitled to effective assistance of counsel which requires adequate preparation.

DATED this 2nd day of June, 2015.

DANIEL G. BOGDEN
United States Attorney

/s/ Jeremy M. Delicino
By: _____
JEREMY M. DELICINO,
Nevada Bar No. 9331
10 West Broadway, Suite 650
Salt Lake City, Utah 84101
Attorney for Defendant

/s/ Robert A. Bork
By:_____
ROBERT A. BORK,
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada 89101
Attorney for the United States

ORDER

IT IS HEREBY ORDERED that the sentencing of the Defendant, Walter Ernesto Raymundo-Lima, scheduled for June 29, 2015 at 11:00 a.m. be vacated and set July 27, 2015, at 1:30 p.m.

DATED this 3rd day of June, 2015.

_____
Honorable Judge Jennifer A. Dorsey
United States District Court Judge