# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:13-cr-00409-JAD-GWF |
| ) | |
| Plaintiff, ) | AMENDED ORDER FOR DISMISSAL |
| vs. ) | |
| ) | |
| WALTER ERNESTO RAYMUNDO-LIMA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses Indictment filed on November 6, 2013 against WALTER ERNESTO RAYMUNDO-LIMA.

DATED this 23rd day of June, 2015.

DANIEL G. BOGDEN
United States Attorney

/s/ Robert A. Bork

_____
ROBERT A. BORK
Assistant United States Attorney

Leave of Court is granted for the filing of this dismissal.

DATED this 24th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

1